Haid, Judge.'
 

 The act which passed in the year 1816,
 
 Rev. ch.
 
 905. directs that the clerks of the County Courts shall issue summons,
 
 ex officio,
 
 against all guardians who shall fail to appear and exhibit their accounts at the-times required by law, and for such service shall be entitled to sixty cents; and the act passed in the year 1820,
 
 Rev. ch.
 
 1039, directs notice to be
 
 given
 
 by way of
 
 scire facias
 
 to guardians who have failed to renew' their bonds as the law requires; but no provision is made in either of these acts, for either employing the state’s attorney, hr taxing a fee for his use; neither is any such provision made in the act of 1762,
 
 Rev. ch.
 
 69. where the duty of guardians is fully prescribed and pointed out; nor can I find any provision for such taxation in any other law. I am, therefore, compelled to say, that judgment should be entered for the appellant.